Danielle Bettencourt (WY Bar No. 8-6782)
dbettencourt@fwlaw.com
FAIRFIELD & WOODS, P.C.
1800 California Street, Suite 2600
Denver CO 80202-2645
P: (303) 894-4431 F: (303) 830-1033

Counsel for Movant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RETURN TO FREEDOM, a non-profit organization; FRONT RANGE EQUINE RESCUE, a non-profit organization; MEG FREDERICK; and ANGELIQUE REA, <br><br> Plaintiff, <br><br> vs. <br><br> DEB HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior; TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management; KIMBERLEE FOSTER, in her official capacity as Field Manager of Rock Springs Field Office, Bureau of Land Management, <br><br> Defendants. | Civ. No. 2:23-cv-00087-NDF <br><br> **NOTICE OF ENTRY OF APPEARANCE** |

Danielle Bettencourt, of Fairfield and Woods, P.C., hereby enters her appearance on behalf of Movant, Rock Springs Grazing Association, a Wyoming corporation, in the above-entitled action for the purpose of filing a Notice of Motion to Consolidate Filed in Rock Springs Grazing Association v. Department of the Interior, Case No. 2:23-CV-0048-NDF, and hereby requests that all notices, papers, and documents in connection with this matter be served upon her pending the resolution of the consolidation motion.

Respectfully submitted this 1st day of August 2023.

                          By:     *s/ Danielle Bettencourt*
                                  Danielle Bettencourt (WY Bar No. 8-6782)
                                  FAIRFIELD & WOODS, P.C.
                                  1800 California Street, Suite 2600
                                  Denver CO 80202-2645
                                  P: (303) 894-4431
                                  F: (303) 830-1033
                                  dbettencourt@fwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023 I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

*/s/ Danielle Bettencourt*
Danielle Bettencourt