

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMERICAN WILD HORSE CAMPAIGN, et al.,<br>            Petitioners,<br>      v.<br>TRACY STONE-MANNING, et al.,<br>            Respondents,<br>      and<br>STATE OF WYOMING,<br>            Intervenor.<br>RETURN TO FREEDOM, et al.,<br>            Petitioners,<br>      v.<br>DEB HAALAND, et al.,<br>            Respondents,<br>FRIENDS OF ANIMALS,<br>            Petitioner,<br>      v.<br>DEB HAALAND, et al.,<br>            Respondents, | **Civil Nos. 2:23-cv-84-NDF (Lead); 2:23-cv-87-NDF (Joined); 2:23-cv-117-NDF (Joined)** |

THIS MATTER, having come before the Court on the Unopposed Motion to Intervene filed by the Rock Springs Grazing Association, and the Court having reviewed the motion and supporting memorandum, and being fully advised in the premises, finds that the Rock Springs Grazing Association satisfies the elements of permissive intervention under Rule 24(b) of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED, that the Rock Springs Grazing Assocation's Motion to Intervene as a Respondent-Intervenor is GRANTED.

DATED this 18th day of October, 2023.

                                              Hon. Kelly H. Rankin
                                              Chief U.S. Magistrate Judge