FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 NOV 20 AM 9:32

MARGARET BOTKINS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMERICAN WILD HORSE CAMPAIGN, et al., <br><br> Petitioners, <br><br> v. <br><br> TRACY STONE-MANNING, et al., <br><br> Respondents, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor, <br><br> and <br><br> ROCK SPRINGS GRAZING ASSOCIATION, <br><br> Intervenor. | Civil No. 2:23-cv-84-NDF (Lead); 2:23-cv-87-NDF (Joined); 2:23-cv-117-NDF (Joined) <br><br><br> CERTIFICATION OF THE SUPPLEMENTAL ADMINISTRATIVE RECORD |
| RETURN TO FREEDOM, et al., <br><br> Petitioners, <br><br> v. <br><br> DEB HAALAND, et al., <br><br> Respondents. | DECLARATION OF KIMBERLEE D. FOSTER |
| FRIENDS OF ANIMALS, <br><br> Petitioner, <br><br> v. <br><br> DEB HAALAND, et al., <br><br> Respondents. | |

1

I, Kimberlee D. Foster, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed as a Field Manager with the United States Bureau of Land Management ("BLM"), Rock Springs Field Office. The BLM is an agency of the United States Department of the Interior. I have held this position since February 2014.

2. In my capacity as Field Manager, I worked with staff to compile the administrative record for BLM's May 8, 2023 decision encompassed in the Record of Decision and Approved Resource Management Plan Amendment for Wild Horse Management for the BLM Rock Springs and Rawlins Field Offices. I am familiar with the documents and materials directly or indirectly considered by the BLM in making this decision. I am also familiar with the process by which the documents and materials considered directly or indirectly by the BLM were collected and compiled as the administrative record.

3. The administrative record in the above-captioned consolidated cases was initially lodged with the Court on September 5, 2023.

4. Since the administrative record was lodged on September 5, 2023, BLM agreed to supplement the administrative record with two documents. The first is a letter dated December 7, 2020 from the Rock Springs Grazing Association ("RSGA") to BLM, which is included in the record as RMPA-059057-60. The second document is a letter from BLM to RSGA dated January 8, 2021, which is included in the record as RMPA-059061-68.

5. In my capacity as Field Manager, I worked with staff to compile BLM's supplemental administrative record to include these two additional documents.

6. To the best of my knowledge and based on my personal involvement in developing the record, I hereby certify that the index to the administrative record contains a true, accurate, and complete listing of the evidence considered, directly or indirectly, by the

2

decision maker in issuing the Record of Decision and Approved Resource Management Plan Amendment. The documents provided represent a true and complete administrative record for the decision challenged in the Petitions for Review in these cases.

I declare that the foregoing is true and correct.

Dated this 17th day of November, 2023.

*Kimberlee D Foster*
Kimberlee D Foster