# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

2:46 pm, 7/16/24

**Margaret Botkins**
**Clerk of Court**

```
AMERICAN WILD HORSE CAMPAIGN, et al.,
                        Petitioners,
v.
TRACY STONE-MANNING, et al.,
                        Respondents,
       and
STATE OF WYOMING,
                        Intervenor.
─────────────────────────────────────
RETURN TO FREEDOM, et al.,
                        Petitioners,
v.
DEB HAALAND, et al.,
                        Respondents,
─────────────────────────────────────
FRIENDS OF ANIMALS,
                        Petitioner,
v.
DEB HAALAND, et al.,
                        Respondents.
```

Case No.   23-cv-84-KHR (Lead)
           23-cv-87-KHR (Joined)
           23-cv-117-KHR (Joined)

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Oral Arguments Hearing

Date: 07/16/2024     Time: 10:09 - 11:57 AM

| Kelly H. Rankin | MiYon Bowden | Jan Davis | Samuel Blackington |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Petitioners    William Eubanks II, Leah Schwartz, Stephenson Emery, Bruce Wagman, Jennifer Best, Robert Huss

Attorney(s) for Respondents    Danielle Bettencourt, Constance Brooks, Travis Jordan, Maggie Smith, Kimberly Cullen,

Other:

Court heard oral arguments on the petition that was originally filed by the petitioners in this matter. Court will take all arguments into consideration and provide guidance to parties.