Jennifer Best, *pro hac vice*
Robert Huss, *pro hac vice*
Friends of Animals, Wildlife Law Program
7500 E. Arapahoe Road, Suite 385
Centennial, Colorado 80112
(720) 949-7791
jennifer@friendsofanimals.org
rhuss@friendsofanimals.org

Brittany Thorpe, Wyo. Bar No. 7-6490
Domonkos & Thorpe, LLC
1914 Logan Ave.
Cheyenne, WY 82001
(307) 426-5015
Brittany@dandt.llc

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMERICAN WILD HORSE CAMPAIGN, et al., <br>     Petitioners, <br> v. <br> TRACY STONE-MANNING, et al., <br>     Respondents, and <br> STATE OF WYOMING, <br>     Intervenor. | Civil Nos. 2:23-cv-84-KHR (Lead); 2:23-cv-87-NDF (Joined); 2:23-cv-117-NDF (Joined) |
| RETURN TO FREEDOM, et al., <br>     Petitioners, <br> v. <br> DEB HAALAND, et al., <br>     Respondents. | **NOTICE OF WITHDRAWAL AS COUNSEL FOR PETITIONER FRIENDS OF ANIMALS** |
| FRIENDS OF ANIMALS, <br>     Petitioner, <br> v. <br> DEB HAALAND, et al., <br>     Respondents. | |

Robert Huss, co-counsel for Petitioner Friends of Animals along with Jennifer Best and Brittany Thorpe, hereby notifies the Court of his withdrawal from representation of Friends of Animals in this matter, pursuant to the Local Rules of the U.S. District Court of Wyoming. U.S.D.C.L.R. 84.3(c).

1. Robert Huss will be leaving his employment with Friends of Animals as of August 1, 2024. Therefore, good cause exists for Mr. Huss to withdraw from representation in this matter.

3. Jennifer Best with Friends of Animals has also entered her appearance in this matter and will continue to represent Petitioner Friends of Animals in this action as counsel of record.

4. Brittany Thorpe of Domonkos & Thorpe, LLC has also entered her appearance in this matter and will continue represent Petitioner Friends of Animals in this action as counsel of record.

5. Friends of Animals consents to Mr. Huss' withdrawal from representation, and representation of the Petitioner's interests will continue through Ms. Best and Ms. Thorpe, and this Notice complies with Local Rule 84.3(c).

WHEREFORE, undersigned counsel, Robert Huss, respectfully notifies this Court and all counsel of his withdrawal from representation of Petitioner Friends of Animals in this matter.

Date: August 1, 2024

Respectfully Submitted,

*/s/ Robert Huss*
Robert Huss, *pro hac vice*
Friends of Animals, Wildlife Law Program
7500 E. Arapahoe Road, Suite 385
Centennial, Colorado 80112
720-949-7791
rhuss@friendsofanimals.org

Brittany Thorpe
Wyo Bar No. 7-6490
Domonkos & Thorpe, LLC
1914 Logan Ave.
Cheyenne, WY 82001
(307) 426-5015
Brittany@dandt.llc

*Counsel for Petitioner Friends of Animals*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel for the parties via the e-mail addresses recorded with the Court.

/s/ Robert C. Huss
Robert C. Huss