Matthew R. Arnold
(*Admitted pro hac vice*)
Eubanks & Associates, PLLC
1629 K Street, NW, Suite 300
Washington, DC 20006
Phone: (843) 718-4513
matt@eubankslegal.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| AMERICAN WILD HORSE CAMPAIGN, et al., *Petitioners*, v. TRACY STONE-MANNING, et al., *Respondents*. | Civ. No. 2:23-cv-00084-KHR (*Consolidated with Nos. 2:23-cv-00087-KHR & 2:23-cv-00117-KHR*) |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT**

1

Petitioners American Wild Horse Campaign, Animal Welfare Institute, Western Watersheds Project, Carol Walker, Kimerlee Curyl, and Chad Hanson hereby notice their appeal to the United States Court of Appeals for the Tenth Circuit the following orders from this Court:

1. August 14, 2024 Order Affirming Agency Action (ECF No. 80);
2. August 14, 2024 Judgment in a Civil Action (ECF No. 81).

Respectfully submitted,

/s/ *Matthew Arnold*
Matthew R. Arnold
(*Admitted pro hac vice*)
Eubanks & Associates, PLLC
1629 K Street, NW, Suite 300
Washington, DC 20006
Phone: (843) 718-4513
matt@eubankslegal.com

William S. Eubanks II
(*Admitted pro hac vice*)
Eubanks & Associates, PLLC
1629 K Street, NW, Suite 300
Washington, DC 20006
Phone: (970) 703-6060
bill@eubankslegal.com

Leah Schwartz
Wyo. Bar. No. 7-5019
Parsons Behle & Latimer
20 E. Simpson Avenue
Jackson, WY 83001
(307) 733-5130
leah@parsonsbehle.com

*Counsel for Petitioners American Wild Horse Campaign, Animal Welfare Institute, Western Watersheds Project, Carol Walker, Kimerlee Curyl, and Chad Hanson*

,