UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 19, 2024

Matthew Ryan Arnold
William Stewart Eubanks II
Eubanks & Associates
1629 K Street NW, Suite 300
Washington, DC 20006

Leah Callaghan Schwartz
Parsons Behle & Latimer
20 East Simpson Avenue
P. O. Box 3890
Jackson, WY 83001

**RE:** **24-8055, American Wild Horse Campaign, et al v. Stone-Manning, et al**
Dist/Ag docket: 2:23-CV-00084-KHR, 2:23-CV-00087-KHR, 2:23-CV-00117-KHR

Dear Counsel:

Your appeal has been docketed, and the appeal number is above.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in <u>both</u> the district court and this court.
- **Also within 14 days**, Appellant must **pay the $605.00 filing and docketing fees** ($5.00 filing fee and $600.00 docket fee) <u>in the district court.</u> Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. All parties required to file a disclosure

statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Jennifer Best
Danielle Bettencourt
Constance Brooks
Kimberly Anne Cullen
D. David DeWald
Stephenson Dow Emery
Robert Charles Huss
Christopher Levi Martin
Maggie B. Smith
Brittany Nicole Thorpe
Bruce A. Wagman

CMW/jjh