# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING



| | |
|---|---|
| Margaret Botkins<br>Clerk of Court | Jon Bastian<br>Chief Deputy Clerk |

September 4, 2024

Chris Wolpert, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO  80257

Re:   TRANSCRIPT ORDERS
      District Court Case Number:  2:23-CV-00084-KHR
      US Court of Appeals Case Number:   24-8055

Dear Clerks:

Please be advised that the transcripts ordered for the above captioned case are:

All transcripts for this appeal are already on file with this Court.

For purposes of appeal, the record is now ready.

Sincerely,

Margaret Botkins
Clerk of Court

By: _____
      Zachary Fisher