# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

Margaret Botkins
Clerk of Court



Jon Bastian
Chief Deputy Clerk

September 4, 2024

Chris Wolpert, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO  80257

Re:   TRANSCRIPT ORDERS
      District Court Case Number:  2:23-CV-00084-KHR
      US Court of Appeals Case Number:   24-8056

Dear Clerks:

Please be advised that the transcripts ordered for the above captioned case are:

All transcripts for this appeal are already on file with this Court.

For purposes of appeal, the record is now ready.

Sincerely,

Margaret Botkins
Clerk of Court

By: _____
    Zachary Fisher

2120 Capitol Avenue, Room 2131 ♦ Cheyenne, WY 82001       111 South Wolcott, Suite 121 ♦ Casper, WY 82601
(307) 433-2120 ♦ Fax (307) 433-2152                       (307) 232-2620 ♦ Fax (307) 237-0014

www.wyd.uscourts.gov