# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

Margaret Botkins  
Clerk of Court



Jon Bastian  
Chief Deputy Clerk

September 4, 2024

Chris Wolpert, Clerk of Court  
United States Court of Appeals for the 10th Circuit  
Byron R. White Courthouse  
1823 Stout Street  
Denver, CO  80257

Re:    TRANSCRIPT ORDERS  
       District Court Case Number:  2:23-CV-00084-KHR  
       US Court of Appeals Case Number:   24-8057

Dear Clerks:

Please be advised that the transcripts ordered for the above captioned case are:

All transcripts for this appeal are already on file with this Court.

For purposes of appeal, the record is now ready.

Sincerely,

Margaret Botkins  
Clerk of Court

By:_____  
    Zachary Fisher