D. David DeWald, WSB No. 7-5538
Deputy Attorney General
Travis Jordan, WSB No. 7-5721
Senior Assistant Attorney General
Shannon Leininger, WSB No. 8-6932
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
Ph: 307-777-7895
david.dewald@wyo.gov
travis.jordan@wyo.gov
shannon.leininger@wyo.gov

*Attorney for Intervenor-Respondent*
*State of Wyoming*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMERICAN WILD HORSE CAMPAIGN, *et al.*, | |
| Petitioners, | Case No. 2:23-cv-00084-KHR (Lead) |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| TRACY STONE-MANNING, *et al.*, | |
| Respondents, | |
| and, | |
| STATE OF WYOMING, *et al.*, | |
| Intervenor-Respondent. | |
| RETURN TO FREEDOM, *et al.*, | |
| Petitioners, | Case No. 23-cv-00087-KHR (Joined) |
| v. | |
| DEB HAALAND, *et al.*, | |

|  |  |
|---|---|
| Respondents.<br><br>FRIENDS OF ANIMALS,<br><br>Petitioners,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Respondents. | Case No. 23-cv-00117-KHR (Joined) |

PLEASE TAKE NOTICE that pursuant to Local Rule 84.3(c), Travis Jordan Senior Assistant Attorney General, with the Wyoming Attorney General's Office hereby withdraws as counsel for the State of Wyoming in the above-captioned case and further requests that the Court remove his name from electronic notification and service lists. Existing counsel of record, Shannon Leininger and David DeWald will continue to represent the State. The State of Wyoming consents to this withdrawal.

Dated this 26th day of September, 2024.

/s/ *Travis Jordan*
Travis Jordan, WSB No. 7-5721
Senior Assistant Attorney General
D. David DeWald, WSB No. 7-5538
Deputy Attorney General
Shannon Leininger, WSB No. 8-6932
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
Ph: 307-777-7895
travis.jordan@wyo.gov
david.dewald@wyo.gov
shannon.leininger@wyo.gov

*Attorneys for*
*Intervenor-Respondents State of Wyoming*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of September, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        /s/ *Travis Jordan*
                                        Travis Jordan